UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GINA BURT | § | |
| Plaintiff. | § § § | |
| VS. | § | CIVIL ACTION NO. 3:19-cv-00024 |
| BEST NAILS | § § § | |
| Defendant. | § § | |

## **FINAL JUDGMENT**

In accordance with my findings of fact and conclusions of law (Dkt. 25), I enter a **FINAL JUDGMENT** for Plaintiff Gina Burt against Defendant Best Nails in the amount of $11,143.00, with prejudgment interest and post-judgment interest at the rate provided by law.

SIGNED on this 7th day of June 2021.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE